**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| DONALD E. LEAGUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED TECHNOLOGIES CORP. ) <br> and CARRIER CORPORATION, ) <br> ) <br> Defendants. ) | No. 3:05-CV-509 <br> (Phillips/Guyton) |

## ORDER

In the Court's order granting the motion of Attorney Carol S. Nickle to withdraw [Doc. 19], the plaintiff was given up to and including February 15, 2007, in which to obtain new counsel or to enter an appearance on behalf of himself. The Court instructed that unless the plaintiff obtained new counsel or otherwise appeared, plaintiff's case would be dismissed for failure to prosecute. The Clerk's Office and Ms. Nickle were directed to send a copy of the order to plaintiff's last reported address. The plaintiff has failed to respond to the Court's direct order, indicating to the undersigned that he has no interest in prosecuting this action. Accordingly, this case is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
United States District Judge